CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorneys for Defendant, Junction Petroleum, Inc.

CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr.,  SBN 111282
Mark Potter, SBN 166317
Phyl Grace, SBN 171771
P. O. Box 262490
San Diego, CA  92196-2490

Attorneys for Plaintiff, Scott Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>       Plaintiff,<br><br>  v.<br><br>MJ Zaildar, Inc., a California Corporation; and Does 1-10,<br><br>       Defendants. | Case No. 2:14-cv-02551-TLN-AC<br><br>STIPULATION RE: EXTENSION OF TIME UNTIL JANUARY 16, 2015 FOR DEFENDANT MJ ZAILDAR, INC. TO RESPOND TO COMPLAINT;  ORDER |

      Pursuant to Local Rule 144, Plaintiff, Scott Johnson, and Defendant, MJ Zaildar, Inc., by and through their respective counsel stipulate as follows:

      1.    The Defendant has not previously requested an extension of time to respond to the Complaint;

2. The parties stipulate that Defendant has requested an extension until January 16, 2015 to respond or otherwise plead;

3. The parties stipulate to Defendant's request for an extension until January 16, 2015 to respond or otherwise plead;

4. Defendant's response will be due no later than January 16, 2015;

5. All other dates previously set by the Court will remain in effect.

IT IS SO STIPULATED effective as of December 29, 2014.

Dated: December 29, 2014             /s/ Cris C. Vaughan
                                      CRIS C. VAUGHAN
                                      Attorney for Defendant,
                                      MJ Zaildar, Inc.


Dated: December 30, 2014             /s/ Mark Potter
                                      MARK POTTER
                                      Attorney for Plaintiff,
                                      Scott Johnson


### ORDER

Pursuant to the parties' stipulation, Defendant shall file a response to the Complaint on or before January 16, 2015. All other dates previously set by the Court shall remain in effect.

IT IS SO ORDERED.

Dated: January 6, 2015

_____
Troy L. Nunley
United States District Judge